|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | **CV 07-8097-JFW (AJWx)** | Date: April 7, 2008 |
| Title: | Aitan Hillel *-v-* City of Agoura Hills, et al. | |

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE [filed 3/17/08; Docket No. 14]

      On March 17, 2008, Defendant City of Agoura Hills ("Defendant") filed a Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b) fo the Federal Rules of Civil Procedure ("Motion"). Plaintiff Aitan Hillel ("Plaintiff") did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for April 14, 2008, is hereby vacated and the matter taken off calendar. After considering the moving papers and the arguments therein, the Court rules as follows:

      Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than fourteen (14) days before the date designated for the hearing of the motion," or March 31, 2008. *See* Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." *See* Local Rule 7-12. As of the date of this Order, Plaintiff has not filed an Opposition to Defendant's Motion. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendant's Motion.

      Accordingly, Defendant's Motion is **GRANTED**. The First, Second, and Third Claims for Relief in Plaintiff's First Amended Complaint are **DISMISSED with prejudice**. In light of the Court's Order dismissing the only claims over which this Court has original jurisdiction, the Court declines to exercise supplemental jurisdiction over the Fourth and Fifth Claims for Relief in Plaintiff's First Amended Complaint. 28 U.S.C. § 1367(c)(3). Therefore, pursuant to 28 U.S.C. §

1367(d), the Fourth and Fifth Claims for Relief of Plaintiff's First Amended Complaint are **DISMISSED** without prejudice to these claims being filed in state court.

    IT IS SO ORDERED.

    The Clerk shall serve a copy of this Minute Order on all parties to this action.