JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aitan Hillel, | ) Case No. **CV 07-8097-JFW (AJWx)** |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| City of Agoura Hills, | ) |
| Defendant. | ) |

The Court, having granted the Defendant City of Agoura Hill's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant City of Agoura Hills was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Aitan Hillel shall recover nothing from the Defendant City of Agoura Hills;

2. Defendant City of Agoura Hills shall have judgment in its favor on Plaintiff Aitan Hillel's entire action; and

1  3.  Defendant City of Agoura Hills shall recover from
2 Plaintiff Aitan Hillel its costs of suit in the sum of
3 $_____.

5  The Clerk is ordered to enter this Judgment.

8 Dated: December 22, 2010  _____
  JOHN F. WALTER
9  UNITED STATES DISTRICT JUDGE

2